IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROGACIANO JARAMILLO, BOP Reg. # 66689-019, | MOTION TO VACATE |
| Movant, | 28 U.S.C. § 2255 |
| v. | CIVIL ACTION NO. 1:16-CV-1114-LMM-JCF |
| UNITED STATES OF AMERICA, | |
| Respondent. | CRIMINAL ACTION NO. 1:15-CR-64-LMM-JCF |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [28], which recommends that Motion to Vacate [24] be denied and that he be denied a certificate of appealability.

No objections have been filed in response to the R&R. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court. It is **ORDERED** that Petitioner's § 2255 Motion [24] is **DENIED**, and that he is **DENIED** a certificate of appealability.

**IT IS SO ORDERED** this 21st day of June, 2016.

_____
**Leigh Martin May**
**United States District Judge**